JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

EVERETT G. GONZALEZ,

             Petitioner,

        v.

MARCUS PALLARD,

             Respondent.

) Case No. CV 21-0790-JFW (JPR)
)
)
) ORDER DISMISSING HABEAS PETITION
) WITHOUT PREJUDICE, DENYING
) RESPONDENT'S MOTION TO DISMISS AS
) MOOT, AND CLOSING CASE
)
)

On January 26, 2021, Petitioner filed a habeas Petition challenging the state court's denial of his 2019 resentencing petition.  On March 8, Respondent moved to dismiss the Petition, arguing that its claims were not cognizable on federal habeas review.  On May 12, Petitioner moved to "voluntarily withdraw[]" the Petition.

Under Federal Rule of Civil Procedure 41(a)(2), then, the Petition is DISMISSED without prejudice.[1]  Respondent's motion to

---

[1] The Court takes no position on whether any subsequently filed petition challenging the same resentencing denial may be time barred or otherwise procedurally improper.

dismiss the Petition is DENIED as moot.  The Clerk is directed to close this case.

DATED:  May 17, 2021

JOHN F. WALTER
U.S. DISTRICT JUDGE

Presented by:

Jean Rosenbluth
U.S. Magistrate Judge